# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BISHNU RAUTH, M.D.,

    Plaintiff,

v.                                                         No. 2:18-cv-00513/GJF-KRS

NEW MEXICO MEDICAL BOARD,

    Defendant.

## ORDER GRANTING IN PART DEFENDANT'S
## MOTION TO STAY PROCEEDINGS

THIS MATTER having come before the Court on Defendant New Mexico Medical Board's Opposed Motion to Stay Proceedings ("Motion") [Doc. 21], and the Court, having reviewed the Motion, heard the arguments of counsel at the Status Conference held on July 18, 2018, and otherwise being fully informed in the premises, FINDS that Defendant's request to stay discovery is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that discovery shall be stayed pending resolution of Defendant's Motion to Dismiss [Doc. 17] and/or Plaintiff's Motion for Leave to Amend Complaint [Doc. 23].

                                                       _____
                                                       Honorable Kevin R. Sweazea
                                                       Magistrate Judge