# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

BISHNU RAUTH, M.D.,

    Plaintiff,

v.                                                                           Civ. No. 18-513 GJF/KRS

NEW MEXICO MEDICAL BOARD,

    Defendant.

## **FINAL JUDGMENT**

In accordance with Federal Rule of Civil Procedure 58(a) and consistent with the "Order Granting Stipulation of Dismissal" [ECF No. 42] filed by the Court on October 12, 2018, this Final Judgment is entered and the above-captioned cause is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*